#### Joseph H. WOOD, Appellant,

v.

#### STATE of Missouri, Respondent.

#### No. WD 62481.

Missouri Court of Appeals, Western District.

Dec. 23, 2003.

Vanessa Caleb, Kansas City, MO, for Appellant.

John M. Morris, Jefferson City, MO, for Respondent.

Before HOWARD, P.J., LOWENSTEIN and SMART, JJ.

### ORDER

PER CURIAM.

Movant attempted to set aside a guilty plea to the class D felony offense of driving while intoxicated. The motion court's denial, after evidentiary hearing, is affirmed. Rule 84.16(b).